## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| ALVIN JUNKERSFIELD,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>               Defendant. | *<br>*<br>*<br>*<br>*   No. 3:09-cv-00112-JJV<br>*<br>*<br>*<br>* |

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that this case is remanded to the Commissioner to consider the evidence in question and this file is administratively closed. This is a "sentence six" remand.

IT IS SO ORDERED.

DATED this 24th day of June, 2010.

                                                          _____
                                                          JOE J. VOLPE
                                                          UNITED STATES MAGISTRATE JUDGE